**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

February 26, 2020

**BLAIR ET AL V. UNITED STATES OF AMERICA**
Case # 3:20–cv–05172–MAT

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Improper Signature – Attorney, Party, or Pro Se Litigant**
> The document as filed was not properly signed by Salvador A Muniga. Signatures must be in accordance with FRCP 11 and LCR 83.2, and must comply with Section III(L) of the Electronic Filing Procedures. **Please file a corrected signature page by 3/11/2020** using the event "Praecipe to Attach Document" under the "Other Documents" category and relate it back to the original filing. If you are a Pro Se party not registered to e–file, your document(s) must contain a physical signature and be resubmitted for filing to the Clerk.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file